David W. Newman, ISBN 8251
Assistant United States Trustee
Brett R. Cahoon, ISBN 8607
United States Department of Justice
Office of the United States Trustee
720 Park Blvd, Ste. 220
Boise, Idaho 83712
(208) 334-1300
(208) 334-9756 [Facsimile]
ustp.region18.bs.ecf@usdoj.gov

Attorneys for Acting United States Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| In re: | ) | Case No. 20-00248-TLM |
|---|---|---|
|  | ) | Chapter 7 |
| CALLIE MAE CAMPBELL-RAMIREZ, | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

### ACTING UNITED STATES TRUSTEE'S MOTION TO DENY DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. § 727(a)(8)

Notice of Motion to Deny Debtor's Discharge Pursuant to 11 U.S.C. § 727(a)(8), and Opportunity to Object and for a Hearing

No Objection.    The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 21 days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection.    Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

Hearing on Objection.    The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

The Acting United States Trustee ("United States Trustee") respectfully moves this Honorable Court to enter an order denying Callie Mae Campbell-Ramirez's discharge in this case pursuant to Section 727(a)(8) of the Bankruptcy Code for the reasons set forth below.

1. This Court has jurisdiction over this adversary proceeding under 28 U.S.C. § 1334(a) and 28 U.S.C. § 157. This matter is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (J) and (O). Venue is proper in this Court. 28 U.S.C. § 1409(a).

2. On September 17, 2012, Callie Ramirez and Chris Ramirez filed a voluntary chapter 7 petition in the United States Bankruptcy Court, District of Idaho, which was assigned case number 12-02263-TLM. An order discharging Callie Ramirez's debts was entered in that case on March 12, 2013.

3. On March 13, 2020, Callie Mae Campbell-Ramirez (aka Callie Ramirez) filed a voluntary chapter 7 petition in the United States Bankruptcy Court, District of Idaho, initiating this case, which was assigned case number 20-00248-TLM. The deadline to object to discharge in the instant case is June 15, 2020. This motion is timely.

4. Because Callie Mae Campbell-Ramirez has been granted a discharge under chapter 7 of the United States Bankruptcy Code in a case commenced within 8 years before the date of filing the petition in the instant case, she is not eligible for a chapter 7 discharge in the instant case pursuant to 11 U.S.C. § 727(a)(8), and her discharge should be denied.

WHEREFORE, the United States Trustee prays for an order denying Callie Mae Campbell-Ramirez's discharge in the instant case and for such other and further relief as the Court deems proper.

Date:   March 17, 2020 GREGORY M. GARVIN
Acting United States Trustee for Region 18


/s/ Brett R. Cahoon
BRETT R. CAHOON
Attorney for Acting United States Trustee
[Non CM/ECF e-mail brett.r.cahoon@usdoj.gov]

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 17, 2020, I caused to be filed the foregoing electronically through the CM/ECF system, which causes the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Noah G. Hillen, Chapter 7 Trustee

Kameron Youngblood, Debtor's counsel

I FURTHER CERTIFY that on such date I caused to be served the foregoing on the following non-CM/ECF Registered Participants via first class mail, postage prepaid addressed as follows:

Callie Mae Campbell-Ramirez
303 W. Pendwood St. Apt. E108
Meridian, ID 83642-8639


Date: March 17, 2020 /s/ Brett R. Cahoon
BRETT R. CAHOON